**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-11433-TMD |
|     GARY KENNETH MILLER | § | |
|     SHELLY DAWN MILLER | § | |
| | § | |
| Debtors | § | CHAPTER 13 |

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

**This pleading requests relief that may be adverse to your interests.**

**No hearing will be conducted on this recommendation concerning claims (or its treatment of any claim) unless a written response is filed within twenty-one (21) days from the date of service.**

**A timely response is necessary for a hearing to be held. If no response is timely filed, the treatment of claims reflected in the recommendation shall be deemed approved by the court without further hearing or order.**

**By order of the Court, the Trustee's Recommendation Concerning Claims shall set a bar date for objection to claims, for contesting the validity or priority of liens, and for challenging the priority of claims. The bar date shall be the twenty-first (21st) day after the service of the Recommendation of Claims. Any objection, motion or adversary contesting the validity or priority of any claim reflected in this Recommendation Concerning Claims may not be filed after the expiration of the bar date except upon leave of the Court after motion requesting such leave and upon notice of hearing to the Chapter 13 Trustee, the Debtors, the Debtors' counsel, and all parties in interest.**

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE.

      Comes now Deborah B. Langehennig, Chapter 13 Trustee (hereinafter "Trustee"), and making this her recommendation concerning claims, would respectfully show the Court as follows:

**I.**

      The time for filing claims in this proceeding has expired. The Trustee has reviewed all of the claims filed in this proceeding. Attached is a Schedule containing the Trustee's recommendation as to various matters concerning claims, including the amount and classification of each creditor's claim(s). The dividend paid to allowed general unsecured claims to be paid through the plan is currently 35%.

**II.**

If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's Recommendation, or may file an objection to any disputed claim listed on the attached schedule. Responses and objections must be filed within twenty-one (21) days from the date of service hereof. Each claim for which there is no response or objection filed within twenty-one (21) days from the date of service hereof will be treated as listed in the attached schedule.

**III.**

If the Plan provides that the Trustee is to disburse the ongoing mortgage payment, the Trustee will disburse pursuant to the provisions of the Plan, the Proof of Claim and attached exhibits, and any notices filed by the creditor.

**IV.**

**NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS**

Responses to the Trustee's recommendation or additional objections to claims must be filed within twenty-one (21) days from the date of service hereof with the United States Bankruptcy Clerk, 903 San Jacinto, Suite 322, Austin, TX 78701 and served on the appropriate parties pursuant to the Bankruptcy Rules.

Respectfully submitted,

/s/ Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX 78704-6640
(512) 912-0305

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| IN RE: GARY KENNETH MILLER<br>SHELLY DAWN MILLER | Schedule of Claims |
|---|---|
| | Case Number: 13-11433-TMD |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 4 | BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | 5679<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 10 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | 9766<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 5 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 7555<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $4,329.47 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 6 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 4383<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $1,350.15 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 18 | CAVALRY SPV I LLC<br>% CAVALRY PORTFOLIO SERVICES<br>PO BOX 27288<br>TEMPE, AZ 85282 | 8845<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $1,137.65 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 8 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | 0029<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 9 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | 0694<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 3 | CITIZENS BANK<br>443 JEFFERSON BOULEVARD RJW135<br>WARWICK, RI 02886 | 6136-0001<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $7,085.30 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>student loan |
| 12 | DSRM NATIONAL BANK<br>PO BOX 631<br>AMARILLO, TX 79105-0631 | Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 13 | GECRB/JCP<br>PO BOX 984100<br>EL PASO, TX 79998 | 1128<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 14 | GECRB/JCP<br>PO BOX 984100<br>EL PASO, TX 79998 | 0174<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 15 | HILL COUNTRY SPORTS MED<br>1305 WONDER WORLD DR #100<br>SAN MARCOS, TX 78666 | Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 2 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 4636<br>Treatment of Claim:<br>PRIORITY UNSECURED CLAIM | $1,654.35 | PRIORITY<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>2012 Taxes |
| 21 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 4636<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $49.20 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>penalties |
| 16 | LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 0967<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $276.40 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 7 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 1208<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $998.85 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 17 | QUANTUM3 GROUP LLC AGENT FOR M<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 4074<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $256.96 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>HSBC NA |
| 1 | ROGER SIMMONS<br>1222 AUSTIN COLONY<br>RICHMOND, TX 77406 | Treatment of Claim:<br>PAID DIRECTLY BY DEBTOR(S) | $0.00 | SECURED BY VEHICLE<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>2000 Mercury Mystique |
| 19 | ROGER SIMMONS<br>1222 AUSTIN COLONY<br>RICHMOND, TX 77406 | Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 20 | SEARS<br>PO BOX 20363<br>KANSAS CITY, MO 64195-0363 | 6625<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 11 | US DEPT OF EDUCATION<br>PO BOX 530229<br>ATLANTA, GA 30353-0229 | 4636<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $21,064.97 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>student loan |